(105 So. 925)

Charles PEYTON and Robert Limbaugh v. STATE. (8 Div. 301.) (Court of Appeals of Alabama. June 30, 1925.) Appeal from Circuit Court, Madison County; James E. Horton, Judge. Douglass Taylor, of Huntsville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. These appellants were indicted, tried, and convicted in the court below jointly with Charles Byrd; different punishments being imposed upon each of the three. The appeal by Charles Byrd being heard and determined by the Supreme Court, the judgments here appealed from are reversed and remanded, upon the authority of Charles Byrd v. State, 213 Ala. 333, 104 So. 830, present term. Reversed and remanded.

———

(110 So. 924)

Ramon PHARION v. STATE. (4 Div. 207.) (Court of Appeals of Alabama. Nov. 16, 1926.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge.

SAMFORD, J. Defendant was convicted on an indictment charging grand larceny and receiving stolen property, and appeals. The defendant was found in the possession of an automobile recently stolen. The facts and circumstances in evidence justified a conviction under either count of the indictment. The other exceptions have been examined and found not to constitute reversible error. Let the judgment be affirmed. Affirmed.

———

(106 So. 923)

Will PHILLIPS v. STATE. (6 Div. 776.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. False pretense.

BRICKEN, P. J. Appeal dismissed.

———

(106 So. 923)

Howard PITT v. STATE. (8 Div. 286.) (Court of Appeals of Alabama. Jan. 26, 1926.) Appeal from Lawrence County Court; W. R. Jackson, Judge. Violating prohibition law.

RICE, J. Appeal dismissed on motion of appellant.

———

(110 So. 924)

Gus PORCH v. STATE. (4 Div. 222.) (Court of Appeals of Alabama. Nov. 16, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Distilling.

SAMFORD, J. Affirmed.

———

(110 So. 924)

William J. POTTER v. STATE. (1 Div. 697.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Stevens, McCorvey, McLeod, Goode & Turner, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Reversed and remanded, on authority of Herndon v. State (1 Div. 696) ante, p. 610, 110 So. 595.

———

(110 So. 924)

Sterling PRICE v. STATE. (1 Div. 715.) (Court of Appeals of Alabama. Nov. 2, 1926.) Appeal from Circuit Court, Washington County; T. J. Bedsole, Judge.

SAMFORD, J. Appeal dismissed.

———

(106 So. 923)

A. W. PRIEST v. BERRY REALTY CO. (2 Div. 335.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Marengo County; John McKinley, Judge. W. F. Herbert, of Demopolis, and R. B. Evins, of Birmingham, for appellant. Wm. Cunninghame and I. I. Canterbury, both of Linden, and B. F. Elmore, of Demopolis, for appellee.

RICE, J. Affirmed.

———

(107 So. 926)

A. O. PRINCE v. R. O. MITCHELL REALTY COMPANY. (8 Div. 388.) (Court of Appeals of Alabama. Feb. 9, 1926.) Appeal from Circuit Court, Madison County; O. Kyle, Judge. Charles T. Grimmett, of Huntsville, for appellant. Douglass Taylor, of Huntsville, for appellee.

BRICKEN, P. J. Affirmed, on motion of appellee, for want of assignments of error.

———

(110 So. 924)

William PRYOR v. STATE. (1 Div. 665.) (Court of Appeals of Alabama. Nov. 16, 1926.) Appeal from Circuit Court, Mobile County; J. W. Goldsby, Judge. Miscegenation.

SAMFORD, J. Affirmed.

———

(110 So. 924)

R. H. RADCLIFF v. STATE. (1 Div. 698.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Stevens, McCorvey, McLeod, Goode & Turner, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Reversed and remanded, on authority of Herndon v. State (1 Div. 696) ante, p. 610, 110 So. 595.